**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JUANITA J. GAROFALO,** | § | |
| **Plaintiff,** | § | |
| **vs.** | § | **Civil Action No.  3:14-CV-2616-M-BH** |
| | § | |
| **TACO BUENO, LP,** | § | |
| **Defendant.** | § | **Referred to U.S. Magistrate Judge** |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  By separate judgment, the plaintiff's claims will be dismissed with prejudice for failure to prosecute.

**SIGNED this 10th day of August, 2015.**

**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**